UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

VLADIMIR GOROKHOVSKY,
*ex rel* UNITED STATES OF AMERICA,

        Plaintiffs,

        v.                  Case No. 10-C-0225

GINDA DURBROVENSKY,
LARISSA OCHERETNER,
YAKOB OCHERETNER,

        Defendants.

## ORDER GRANTING PLAINTIFF UNITED STATES' MOTION TO DISMISS (Doc. # 11) AND CLOSING THIS ACTION

This matter comes before the court upon the motion of the United States to dismiss this case. After due notice, and no adverse interest appearing,

IT IS ORDERED that the action is dismissed with prejudice as to the relator and without prejudice as to the United States, pursuant to 31 U.S.C. § 3730(c)(2)(A).

IT IS FURTHER ORDERED that the relator's complaint, the United States' Notice of Election to Decline Intervention, and this order are unsealed.

IT IS FURTHER ORDERED that all other documents on file in this action, except this order, shall remain under seal and this action is closed.

Dated at Milwaukee, Wisconsin, this 5th day of October, 2010.

                              BY THE COURT

                              /s/ C. N. Clevert, Jr.
                              C. N. CLEVERT, JR.
                              CHIEF U. S. DISTRICT JUDGE